# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Summer Alexander, individually and on behalf of all others similarly situated,<br><br>v.<br><br>Enhanced Recovery Company, LLC, and John Does 1-25. | § § § § § § § § § <br><br>Case No.: 4:21-cv-236<br>Judge Mazzant |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Summer Alexander, by counsel, and Defendants, by counsel, having filed their Stipulation of Dismissal With Prejudice, and the Court, having been duly advised, finds that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Summer Alexander against Defendants are dismissed, with prejudice, and the parties shall each bear their own costs and attorneys' fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 28th day of June, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE